UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:15-cv-00698 TWP-MJD |
| ) | |
| C&D TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant, ) | |

### ORDER OF DISMISSAL

The Parties stipulating that dismissal with prejudice is in order in this case, this Court hereby Dismisses this matter with prejudice, with each party to bear its own costs and fees.

Dated: 1/5/2016

_____
Judge, United States District Court for the
Southern District of Indiana

Distribution:

Counsel of record by CM/ECF